UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__DAVID H. WEINFLASH__

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

__KENNETH G. FINNEGAN__
__TRUSTEES OF COLUMBIA UNIVERSITY__
__IN THE CITY OF NEW YORK__

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

**12 CV 8143**

#1

___ Civ. _____ (__)(__)

**REQUEST TO PROCEED IN FORMA PAUPERIS**

RECEIVED
OCT 26 2012
PRO SE OFFICE

I, __DAVID H. WEINFLASH__, (print or type your name) am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   __NOT PRESENTLY EMPLOYED__

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

   __START 1981; END 1983: $50,000/YR__

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   __SOCIAL SECURITY, INTEREST, DIVIDENDS__

   a) Are you receiving any public benefits?   ☒ No.   ☐ Yes, $_____.

   b) Do you receive any income from any other source?   ☐ No.   ☒ Yes, $ __23,000/YR__

Rev. 05/2007

*1*

4. Do you have any money, including any money in a checking or savings account? If so, how much?

☐ No.   ☒ Yes, $500,000

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☒ No.   ☐ Yes, $ _____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

☐ No.   ☒ Yes,   $860./mo

7. List the person(s) that you pay money to support and the amount you pay each month.

NONE

8. State any special financial circumstances which the Court should consider.

NONE

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  26  day of  October , 2012
            date              month         year

_____
Signature