UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DAVID H. WEINFLASH,

                 Plaintiff,

  -against-

KENNETH E. FINNEGAN; TRUSTEES OF
COLUMBIA UNIVERSITY IN THE CITY
OF NEW YORK,

                 Defendants.

------------------------------------------------------------X

CIVIL JUDGMENT

12 Civ. 8143 (LAP)

       Pursuant to the order issued April 29, 2013, dismissing the complaint,

       IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the Court's order. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

       IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

_____
LORETTA A. PRESKA
Chief United States District Judge

Dated: April 29, 2013
       New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON_____.